# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY M. P.,[1] <br>     Plaintiff, <br> v. <br> COMMISSIONER OF SOCIAL SECURITY, <br>     Defendant. | Case No. ED CV 18-00933 MWF (RAO) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is REVERSED, and this matter is REMANDED for further administrative action.

DATED: July 17, 2019

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.